**Order entered May 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00768-CR

**GORDON ALAN KIRK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1541871-M**

### ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief, received on April 30, 2020, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE